IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02459-RPM

CONSTANCE VAN EATON,

    Plaintiff,

v.

LEE HECHT HARRISON, LLC EMPLOYEE WELFARE PLAN,

    Defendant.

_____

ORDER ACCEPTING FILING OF FIRST AMENDED COMPLAINT
_____

On January 22, 2008, the plaintiff filed a motion to strike defendant Plan's answer and in the alternative to permit filing of an attached proposed first amended complaint. Considering the discussion on January 16, 2008, on the Plan defendant's motion for extension of time, it is

ORDERED that the motion to strike the Plan's answer is denied and the First Amended Complaint tendered by the plaintiff on January 22, 2008, is accepted, adding the parties defendant.

    DATED: January 22, 2008

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior Judge