IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02459-RPM-MJW

CONSTANCE VAN EATON,

      Plaintiff,

v.

LEE HECHT HARRISON, LLC EMPLOYEE WELFARE PLAN,
ADECCO GROUP NORTH AMERICA, and
METROPOLITAN LIFE INSURANCE COMPANY d/b/a METLIFE,

      Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

**THIS MATTER** having come before the Court on the Defendant Lee Hecht Harrison, LLC Employee Welfare Plan's Unopposed Motion for Withdrawal of Counsel, and the Court having determined the Motion to be well-taken,

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED**.

Dated this 30th day of January, 2008.

      BY THE COURT:

      s/Richard P. Matsch
      _____
      Richard P. Matsch, Senior Judge