IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02459-RPM

CONSTANCE VAN EATON,

      Plaintiff,

v.

LEE HECHT HARRISON,
LLC EMPLOYEE WELFARE PLAN,
ADECCO GROUP NORTH AMERICA, and
METROPOLITAN LIFE INSURANCE COMPANY d/b/a METLIFE,

      Defendants.

_____

ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT
_____

      Upon consideration of the motion to file Second Amended Complaint [21], filed

on March 6, 2008, it is

      ORDERED that the motion is granted and the Clerk is directed to file the Second

Amended Complaint attached thereto**.**

      Dated:  March 7, 2008

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____

                                Richard P. Matsch, Senior District Judge