IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: December 23, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 07-cv-02459-RPM

CONSTANCE VAN EATON,                                                         Ellen M. Kelman

     Plaintiff,

v.

LEE HECHT HARRISON, LLC. EMPLOYEE WELFARE PLAN,   Jack M. Englert, Jr.
ADECCO GROUP NORTH AMERICA and
METROPOLITAN LIFE INSURANCE COMPANY, d/b/a METLIFE,

     Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**9:55 a.m.**     **Court in session.**

Court's preliminary remarks and states its understanding of the case.

10:02 a.m.     Argument by Ms. Kelman.

Ms. Kelman states the formal request for plan summary denial penalty period to ADDECO was from April 18, 2007 to the date of the Answer to the Second Amended Complaint dated March 17, 2008.

10:17 a.m.     Argument by Mr. Englert, Jr.
10:37 a.m.     Rebuttal argument by Ms. Kelman.
10:46 a.m.     Further argument by Mr. Englert, Jr.

Court states its determination will be limited to the record.

**ORDERED:     Plaintiff's Motion for Summary Judgment, filed April 24, 2008 [27], is taken under advisement.**

**10:48 a.m.     Court in recess.**     Hearing concluded.  Total time: 53 min.