IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02459-RPM

CONSTANCE VAN EATON,

    Plaintiff,

v.

LEE HECHT HARRISON, LLC. EMPLOYEE WELFARE PLAN,
ADECCO GROUP NORTH AMERICA, and
METROPOLITAN LIFE INSURANCE COMPANY d/b/a METLIFE,

    Defendants.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

    Defendants' Unopposed Motion Seeking Leave to Respond to Van Eaton's Fifth Citation of Supplemental Authority [40] is granted and the response attached thereto is accepted for filing.

Dated:   January 13, 2009