IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02459-RPM
CONSTANCE VAN EATON,

    Plaintiff,

v.

LEE HECHT HARRISON, LLC EMPLOYEE WELFARE PLAN,
ADECCO GROUP NORTH AMERICA, and
METROPOLITAN LIFE INSURANCE COMPANY d/b/a METLIFE,

    Defendants.

## ORDER ALTERING THE JUDGMENT

The Court has considered the defendants' motion to alter the Judgment pursuant to Fed. R. Civ. P. 59(e), finds that the motion is timely, finds that the motion is unopposed, and finds that good cause supports the motion. It is therefore

ORDERED that the motion is hereby granted; and it is

FURTHER ORDERED that the Judgment entered in this case on January 13, 2009 (Doc. 45) will be altered by beginning the period applicable to the calculation of the statutory penalty assessed against Adecco on May 19, 2007, which is the 31st day after the request of the plaintiff for Plan documents; and it is

FURTHER ORDERED that the amount of penalties awarded to the plaintiff is reduced by $3,300 to the total amount of $31,570.

Dated: January 26th, 2009.

                        BY THE COURT,

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge