IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02459-RPM

CONSTANCE VAN EATON,

    Plaintiff,

v.

LEE HECHT HARRISON,
LLC EMPLOYEE WELFARE PLAN,
ADECCO GROUP NORTH AMERICA, and
METROPOLITAN LIFE INSURANCE COMPANY d/b/a METLIFE,

    Defendants.

## ORDER FOR ENTRY OF FINAL JUDGMENT

Upon consideration of Plaintiff's Motion for Entry of Money Judgment and for an Order Concerning Future Benefits [72], filed on May 6, 2009, and the Response of MetLife and the Plan [76], filed on May 29, 2009, it is

ORDERED that the Clerk is directed to enter judgment as follows:

1. That plaintiff shall have and recover the sum of $172,699.71 in benefits due and payable through May 31, 2009, with post judgment interest at the statutory rate, to accrue on that amount from the date of judgment forward.

2. Subject to the terms of the Plan, Defendants MetLife and the Plan shall continue to pay to Plaintiff Constance Van Eaton a monthly long term disability benefit in the amount of $5,997.82 for so long as Plaintiff Constance Van Eaton remains disabled and eligible for such benefits under the terms of the Plan."

DATED: July 2nd, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge